No. 82–6560.  MAGWOOD v. ALABAMA.  Sup. Ct. Ala.;

No. 82–6577.  WILLIAMS v. GEORGIA.  Sup. Ct. Ga.;

No. 82–6597.  ZARAGOZA v. ARIZONA.  Sup. Ct. Ariz.; and

No. 82–6611.  YATES v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.  Reported below: No. 82–6560, 426 So. 2d 929; No. 82–6577, 250 Ga. 553, 300 S. E. 2d 301; No. 82–6597, 135 Ariz. 63, 659 P. 2d 22; No. 82–6611, 280 S. C. 29, 310 S. E. 2d 805.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 82–1344.  CELE v. KINNEY ET AL., 460 U. S. 1070;

No. 82–1376.  FREEMAN v. UNITED STATES, 460 U. S. 1084;

No. 82–6172.  GRAY v. LUCAS, WARDEN, ET AL., 461 U. S. 910;

No. 82–6187.  STEWART v. FLORIDA, 460 U. S. 1103;

No. 82–6194.  COPELAND v. SOUTH CAROLINA, 460 U. S. 1103;

No. 82–6324.  CYNTJE v. GOVERNMENT OF THE VIRGIN ISLANDS ET AL., 461 U. S. 908;

No. 82–6343.  SMITH v. BORDENKIRCHER, WARDEN, WEST VIRGINIA STATE PENITENTIARY, 461 U. S. 908;

No. 82–6363.  THOMPSON v. MEDICAL OFFICER AT HAMILTON COUNTY JAIL, 461 U. S. 917; and

No. 82–6436.  IN RE BEHRENS ET AL., 461 U. S. 925.  Petitions for rehearing denied.